February 6.

---

## TEN BROECK vs. DE WITT.

Where a defendant pays the *costs* of a suit to the plaintiff, although informed by a counsellor of this court that the plaintiff is not authorized to receive the same, the attornies for the plaintiff will be permitted to collect such costs, notwithstanding the payment.

THE defendant paid the *damages* and *costs* recovered in this case to the *plaintiff*, and subsequently the *attornies* for the plaintiff issued an execution for the costs. The defendant moved

February 6.

Carler
v.
Drake.

to set aside the execution ; which motion was resisted by proof that previous to such payment the defendant was advised by a counsellor of this court that the *plaintiff* was not authorized to receive the *costs.*

The Court, the CHIEF JUSTICE presiding, refused to set aside the execution ; holding that the information received by the defendant was equivalent to a notice from the attornies not to pay the costs to the plaintiff, and that the attornies, therefore, were entitled to be protected by the court.